IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBORAH CRASS,

        Plaintiff,           JUDGMENT IN A CIVIL CASE

v.

                                 Case No. 16-cv-39-slc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Deborah Crass attorney fees and costs in the amount of $5,626.98 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

s/ K. Frederickson, Deputy Clerk                  9/16/2016
Peter Oppeneer, Clerk of Court                    Date