IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEBORAH CRASS,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

ORDER

16-cv-39-slc

---

    On July 28, 2016, the court granted the parties' joint motion to remand this case for further proceedings before an administrative law judge, pursuant to sentence four of 42 U.S.C. § 405(g). *See* dkts. 10 & 11. On September 16, 2016, the court accepted the parties' stipulation on fees under the Equal Access to Justice Act and awarded plaintiff attorneys' fees in the amount of $5,626.98. *See* dkts. 13-19.

    On July 11, 2017, plaintiff's counsel, Dana Duncan, filed a motion for attorneys fees (dkt. 21), reporting a favorable decision from the ALJ on remand, the award of $34,878.60 in past-due benefits, the existence of a 25% contingent fee agreement between plaintiff and his attorney (resulting in a fee of $8,719.65 in this case), and an accounting of the time he spent on plaintiff's case. According to Duncan, the agency withheld 25% of plaintiff's past-due benefit award (or $8,719.65) to pay attorney fees. Pursuant to 42 U.S.C. § 406(b), Attorney Duncan requests an order awarding a fee for court work in the amount of $3,092.67 (equal to $8,719.65 less the previously awarded $5,626.98) to be payable out of plaintiff's past-due benefits.

    The requested fee is within the statutory cap of 25% of past-due benefits, but the court must nevertheless review it to ensure that it is reasonable in light of the character of the representation and the results obtained; the time, labor, and skill required; the attorney's experience, reputation, and ability; and awards in similar cases. *Gisbrecht v. Barnhart*, 535 U.S. 789, 807-09 (2002); *McGuire v.*

*Sullivan*, 873 F.2d 974, 979-83 (7th Cir. 1989). Here, the requested award is reasonable. Plaintiff's attorney seeks at total of $8,719.65 in fees for 72.6 hours of work by administrative, paralegal and attorney staff, which amounts to an average hourly rate of about $120. *See Koester v. Astrue*, 482 F. Supp. 2d 1078, 1083 (E.D. Wis. 2007) (collecting cases showing that district courts have awarded representative fees that reflect hourly rates as high as $400 to $1,500). Attorney Duncan is an experienced attorney who represented plaintiff in this court, reviewed the administrative record, drafted a motion for summary judgment, and prompted and negotiated a stipulated remand, which resulted in a favorable determination below. In addition, the Commissioner, by counsel, does not oppose the motion. *See* dkt. 24. Accordingly, the court will grant Duncan's motion for attorney fees in the amount of $3,092.67 and direct that the remaining portion of the statutory fee (or $5,626.98) be released to plaintiff.

ORDER

It is ORDERED that plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b), dkt. 21, is GRANTED. The court approves a representative fee award of $3,092.67 to be payable to plaintiff's attorney, Dana Duncan, out of plaintiff's past-due benefits. The remaining portion of the statutory fee (or $5,626.98) shall be released to plaintiff.

Entered this 21st day of July, 2017.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge