IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBORAH CRASS,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-39-slc

      This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff's attorney, Dana Duncan, a representative fee in the amount of $3,092.67 under 42 U.S.C. § 406(b).

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | 7/24/2017 |
| Peter Oppeneer, Clerk of Court | Date |